# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 3:25-mj-50 |
| Adam Matthew Lansky | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 20, 2025 in the county of Marion in the _____ District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Unlawful Possession of an Unregistred Firearm (Destructive Device) |

This criminal complaint is based on these facts:
See attached affadavit of ATF Special Agent Nathan Miller

☑ Continued on the attached sheet.

/s/ By telephone
*Complainant's signature*

Nathan A. Miller, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:25 a.m./p.m.

Date: March 3, 2025

*Judge's signature*

City and state: Portland, Oregon     Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*