3:25-mj-50

DISTRICT OF OREGON, ss:                AFFIDAVIT OF NATHAN MILLER

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Nathan Miller, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since July, 2014. My current assignment is to the Portland, Oregon Field Office. My training includes twenty-seven (27) weeks of Criminal Investigator and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have participated in investigations involving firearms trafficking, National Firearms Act violations, unlawful firearms possession, and illegal narcotic trade, which often involves firearms. I have participated in investigations involving complex criminal organizations and gangs which often involve the illegal use and possession of firearms. I have participated in investigations involving the manufacture, use, or attempted use of destructive devices as well as arson related investigations.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Adam Matthew Lansky (DOB: XX/XX/1983). The arrest warrant is requested for Unlawful Possession of an Unregistered Firearm (Destructive Device), in violation of Title 26, United States Code Section 5861(d) on January 20, 2025, hereinafter the "Target Offense".

### Target Offense

3. I believe there is probable cause indicating Adam Matthew Lansky (**Lansky**) committed the following offense:

/ / /

**Affidavit of Nathan Miller**                                                                                                  **Page 1**

- Title 26, United States Code Section 5861(d) which makes it unlawful for any person to possess a firearm[1] which is not registered to him in the National Firearms Registration and Transfer Record.

### Statement of Probable Cause

4. The following information, facts, and occurrences are the result of my knowledge, an ongoing investigation, conversations with other law enforcement officers, and from my review of reports related to this investigation. This affidavit is intended to show there is probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

**Arson January 20, 2025:**

5. On January 20, 2025, at approximately 3:44 a.m., Salem Police Department (SPD) officers responded to a report of an individual ("Subject") that was throwing Molotov Cocktails at Tesla vehicles and dealership facilities located at 2755 Mission Street, Salem, Oregon 97301. Salem officers arrived to see a fire on the sidewalk in front of the facility building and another fire at the rear of a Tesla vehicle parked in front of the building, which caught the vehicle on fire.

6. Salem Police Department incident reports state that an eyewitness to the incident was charging his vehicle at a charging station located on the south side of the Tesla Center when he saw the Subject walking to the Tesla Center traveling east on Mission Street Southeast with a

---

[1] Title 26, United States Code, Section 5845(a)(8) defines the term "firearm" to include a "destructive device"

Title 26, United States Code, Section 5845(f) defines "destructive device" as (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellent charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device.

**Affidavit of Nathan Miller**                                              **Page 2**

collapsible wagon. The Subject walked between the building and the vehicles parked in front of it, then pulled out a bag and started lighting an object on fire. The Subject threw the object at a red Tesla SUV parked in front of the building, which started to catch fire, and then threw an object through the showroom window. The Subject proceeded to throw three or four more objects at other vehicles parked in front of the building. The eyewitness unplugged his vehicle and started to drive away, but then he saw the Subject exit the fence to the west of the Tesla Center. The eyewitness described the Subject to police officers as a white adult male, approximately 6 feet tall with a medium build, wearing black with a green or gray outer layer.

7.     Investigators from SPD, ATF, and the Federal Bureau of Investigation (FBI) were able to obtain and review security footage from the Tesla Center. A review of the security footage showed the Subject traveling on foot from the east of the Tesla Center along Mission Street Southeast, pulling a black collapsible wagon. The Subject stopped behind the Tesla sign in front of the Tesla Center before moving toward the building. From there, the Subject can be seen lighting a Molotov Cocktail-style device and throwing it at a Tesla Cybertruck parked in front of the Tesla Center. The device bounces off the truck and does not ignite. The Subject then moves toward the showroom building. The Subject then lights two devices, throws one at the building and another at a red Tesla SUV parked in front of the showroom. The device bounces off the vehicle and breaks on the sidewalk. The Subject moves in between the Tesla SUV and showroom and lights another device and throws it to the north of the Subject's position. At this point in the security footage, the Subject sees the eyewitness driving away, and the Subject drops the ignited device in the Subject's hands and brandishes what appears to be an AR-15 style rifle with a suppressor and points it toward the eyewitness as the eyewitness drives away. The

**Affidavit of Nathan Miller**                                                                                             **Page 3**

dropped device breaks near the Subject and ignites, and the Subject then takes his wagon and moves north to the front of the showroom. The Subject then throws a rock at the showroom window, shattering the glass and then throws an ignited device into the showroom. The Subject then throws two more ignited devices at two vehicles and takes off running toward the fence located to the west of the Tesla Center. Screenshots from the security footage, below, show the Subject igniting a device in front of the Tesla Center.



/ / /

/ / /

/ / /

**Affidavit of Nathan Miller**                                                                                           **Page 4**



The below screenshot highlights the suspect carrying an AR-15 style rifle with a suppressor.



8. Investigators were able to obtain and review security footage from Jackson's Food Store, a convenient store located at 2485 Mission Street S.E., Salem, OR 97302. A review

**Affidavit of Nathan Miller**                                                                                                 **Page 5**

of the security footage showed the Subject running west across the parking lot in front of Jackson's at approximately 3:50 a.m. wearing a dark colored face covering, blue beanie, and backpack, and carrying a green or gray covering. The below screenshot shows the Subject running across the Jackson's parking lot:



9. Investigators also canvassed surrounding businesses and neighborhoods for any available footage captured by business or residential security devices. Investigators were able to obtain and review security footage from an office building located at 1095 25th Street Southeast, Salem, Oregon 97301. A review of the security footage showed an individual walking south on 25th Street S.E. at approximately 1:09 a.m., wearing a dark-colored covering, dark pants, and boots matching the description of what the Subject involved in the Tesla Center arson wore. The

individual can be observed pulling a dark-colored wagon. Based on the timeline, direction of travel, clothing worn by the individual, and the wagon, it is my belief that the individual captured by the office building's security camera is the Subject involved in the Tesla Center arson. Below is a screenshot of the individual captured in the security footage from 1095 25th Street Southeast



10.     Tesla Motors presently estimate they suffered approximately $500,000 in damages as a result of the attack, according to the General Manager of the Tesla Center. A total of seven Tesla vehicles suffered damage from the attack, with one vehicle destroyed. The below photographs show some of the damage done to Tesla vehicles and dealer facility.

/ / /

/ / /

/ / /

**Affidavit of Nathan Miller**                                                                                                           **Page 7**







11.     Investigators observed the perimeter chain-link fence was cut near the northwest corner of the parking lot. The Subject was last observed exiting through the chain-link fence where it was cut.



12.     The devices used were made from glass wine bottles filled with a liquid that was field-tested and determined to be ignitable liquid. Styrofoam, or similar substance material were also located inside the devices. Cloth was wrapped around the base of each device and secured by paracord. Investigators located four additional devices that were placed in the northeast corner of the Tesla service parking lot.

/ / /

/ / /

/ / /

**Affidavit of Nathan Miller**                                                                                                                   **Page 9**





13. Evidence items were collected from the Tesla Center and certain items were shipped to the FBI Laboratory in Huntsville, Alabama, for analysis.

/ / /

/ / /

**Affidavit of Nathan Miller**

**Shooting February 19, 2025:**

14.     On February 19, 2025, the same Tesla Center was attacked again, this time with a firearm. Multiple rounds were fired into the Tesla Center causing damage. SPD responded to 2755 Mission Street Southeast, Salem, Oregon, regarding a report of gunshots into the structure. At the scene, officers observed projectiles believed to be spent bullets, bullet fragments, and several projectile impacts. The projectiles had entered the interior floor space of the structure and made impact in area that would be populated with customers and employees during business hours. A vehicle parked indoors was also struck. Based on surveillance video review, it is believed that the shooting took place at approximately 03:53 a.m.

15.     There was a security guard on premises outside the structure-- who did not become aware of the shooting immediately. The guard, who has prior military experience, told investigators that he did not hear gunshots, indicating the possible use of a suppressed firearm. Upon discovering the damage, the security guard alerted law enforcement.

16.     SPD Detective Hodges learned that there was a Salem Police Department patrol vehicle in the area shortly before the shots are believed to have been fired. The Salem police officer did not hear any gunshots coming from the area of the Tesla Center. However, a camera on the patrol vehicle captured a car parked in a nearby business, Harbor Freight, parking lot, a few minutes before the shooting is suspected to have occurred. The car, a Volkswagen Jetta, license plate 348 BNY, registered in Oregon, appeared unoccupied. Officers note that it was outside business hours for Harbor Freight. A record query of the license plate revealed that the vehicle is registered to **Lansky** at the address 849 25th Street Southeast, Salem, Oregon. Based upon the review of surveillance video, the security guard's statements, and the lack of reports

**Affidavit of Nathan Miller**                                                                                                       **Page 11**

regarding gunshots-- including from the patrol officer in the area, investigators believe that it is possible the firearm was being fired with a suppressor attached to the muzzle, resulting in reduced sound of gunfire. I know from my training and experience that a suppressor can easily be attached to the front of AR-platform and AR and AK style semi-automatic rifles. Based on training and experience investigators believe the projectiles recovered from the scene are likely from a semi-automatic rifle. However, ballistics testing has not confirmed this investigative opinion.

**Forensic Evidence from Arson:**

17.     February 26, 2025, the FBI Laboratory provided results that identified four latent prints on the below evidence items as belonging to LANSKY. A summary of the findings is listed in the chart, below.

UNCLASSIFIED

## FBI Laboratory Latent Print Notification
### Latent Print Operations Unit

Date: 02/26/2025

The following individual was identified by the Latent Print Operations Unit:
Name: **ADAM LANSKY**

| Identification Details | | |
|---|---|---|
| Specimen | Location of identified prints | Finger Number(s) Identified |
| Item 12 | Glass bottle with fabric and paper remnants, outside (1B15)[1] | Right index (#2) |
| Item 16 | Glass bottle with fabric and paper remnants, outside (1B21)[1] | Right index (#2) |
| Item 21 | Glass bottle with fabric and paper remnants, outside (1B28)[1] | Left middle (#8) |
| Item 24-1 | Silver duct tape, non-adhesive side (1B31) | Right middle (#3) |

[1] Print located on glass bottle

Initial identification from: Manual comparison to named person

- 1B15 is a suspected Molotov-cocktail, green bottle with a cloth wick, recovered from the northeast corner of the Tesla property.

- 1B21 is a suspected Molotov-cocktail, green bottle with a cloth wick, recovered from the northeast corner of the Tesla property.

- 1B28 is also a suspected Molotov-cocktail, green bottle with a cloth wick, recovered from the northeast corner of the Tesla property.

- 1B31 is a portion of silver duct tape removed from 1B28, described above.

- The Date of Birth, and other specific identifiers for the Adam Lansky identified by the FBI lab results is the same as the Adam Lansky, the Target of this investigation.

18.  **Lansky's** residence is located at 849 25th Street Southeast, Salem, Oregon, 97301, which is approximately 0.6 miles from the Tesla Center. Lansky's residence is also north of and in proximity to the office building located at 1095 25th Street Southeast, Salem, OR 97301. Investigators have observed **Lansky** and his Jetta at his residence multiple times since the fingerprint results were received on February 26, 2025. The video evidence as described in paragraphs 8 and 9, above, shows the Subject running away (paragraph 8) and initially coming in the area while pulling a cart (paragraph 9). The direction of travel captured in footage from both businesses would be consistent with the subject arriving in the area with the Molotov type devices form the direction of Lansky's residence and later fleeing back toward the direction of Lansky's residence.

/ / /

/ / /

**Affidavit of Nathan Miller**                                                                                          **Page 13**

**National Firearms Registration and Transfer Record (NFRTR):**

19.     I reviewed a query from the NFRTR documenting multiple firearms registered to **Lansky**, listed under the "Lansky Firearm Trust", a trust in which **Lansky** is listed as the responsible party. The results include a short barrel rifle and two silencers. The results did not include any destructive devices, which Molotov Cocktail type devices would be defined as. The chart below shows the list of items in **Lansky**'s firearm trust.

| LANSKY Fiream Trust | | | | |
|---|---|---|---|---|
| Type: | Make | Model | Caliber | Serial number: |
| SBR | Stribog | SP9A3 | 9 | GSB7422 |
| Silencer | TBC | 22 Takedown | 22 | TD2167 |
| Silencer | CG6 | Nautilus | 45 | NAU0290 |

**Destructive Device Determination:**

20.     On February 27, 2025, ATF Destructive Device Examiner Jason Vary, reviewed photographs, videos, and reports of six suspected Molotov Cocktails. The six included the four intact suspected Molotov Cocktails found in the rear parking lot of the Tesla Center Dealership and two broken suspected Molotov Cocktails used to set the red Tesla on fire and one that was thrown into the Tesla Center Dealership. Destructive Device Examiner Vary reported that all six suspected Molotov Cocktails are consistent with the construction and characteristics of a destructive device under 26 U.S.C. § 5845(f). Pending the receipt of the laboratory report, physical evidence, and subsequent examination, Destructive Device Examiner Vary will issue a final determination.

## Conclusion

21.     Based on the foregoing, I have probable cause to believe, and I do believe Adam Matthew **Lansky** (DOB: XX/XX/1983) committed the **Target Offense**.

22.  Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Parakram Singh. I was informed that it is AUSA Singh's opinion that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

### Request for Sealing

23.  I further request that this Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint, including the application, this affidavit, and the requested arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.  Premature disclosure of the contents of the application, this affidavit, the attachments, and the requested search warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
NATHAN MILLER
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:25 pm__ on March __3__, 2025.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Affidavit of Nathan Miller                                                                                                    Page 15